

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-262-CR

BYRON LAWRENCE GRAVES                                      APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Motion To Dismiss" filed by Byron Lawrence Graves, pro se. No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.[2] *See* Tex. R. App. P. 2, 42.2(a), 43.2(f); *Smith v. State*, No. 02-07-00029-CR, 2007 WL1725820, at *1(Tex. App.—Fort Worth June 14, 2007, no pet.) (mem. op., not designated for publication).

---

[1] *See* Tex. R. App. P. 47.4

[2] Appellant's appointed counsel filed a motion to withdraw, and brief in support thereof, stating the appeal is frivolous under the guidelines of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Because appellant has voluntarily moved to dismiss his appeal, we need not address counsel's motion.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: April 1, 2010